IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |  |
|---|---|---|
| UNITED TRANSPORTATION UNION LOCAL 418, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C07-4100 MWB |
| vs. | ) ) | JUDGMENT |
| | ) | IN A CIVIL CASE |
| JOSEPH H BOARDMAN, ADMINISTRATOR OF FEDERAL RAILROAD ADMINISTRATION, et al, | ) ) ) ) | |
| Defendants. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,**

Judgment for the defendants, plaintiffs take nothing and this action is dismissed.

Robert L Phelps<br>
Clerk of Court<br>
<br>
s/src<br>
Deputy Clerk

Dated: June 24, 2008